```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/07/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        - against -

TYRONE HARDY,

                Defendant.

24 Cr. 0465 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

An initial conference in this matter shall be set for Thursday, August 22, 2024, at 2 p.m.

Upon the motion of the Government and the consent of the Defendant, it is hereby ordered that time until August 22, 2024, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    August 7, 2024
            New York, New York

                                        _____
                                        Victor Marrero
                                        U.S.D.J.