```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/23/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        - against -

TYRONE HARDY,

                      Defendant.

**24 Cr. 0465 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The initial conference in this matter shall be re-set for September 27, 2024, at 3:30 p.m.

**SO ORDERED.**

Dated:    August 23, 2024
            New York, New York

                                            _____
                                            Victor Marrero
                                            U.S.D.J.