```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

TYRONE HARDY,

                   Defendant.

24 Cr. 465 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The proceeding in this matter currently scheduled for September 27, 2024, is hereby adjourned to October 4, 2024, at 3:30 p.m.

    Upon the consent of the parties, it is hereby ordered that time until October 4, 2024, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    September 26, 2024
             New York, New York

                                                         _____
                                                           Victor Marrero
                                                           U.S.D.J.