```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

        - against -

TYRONE HARDY,

                Defendant.

**24 Cr. 465(VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The status conference scheduled for December 13, 2024, at 1:00 pm is hereby adjourned until January 10, 2025, at 1:00 pm. The Defendant has informed the Court that he intends to change his plea. The Defendant is directed to change his plea before the Magistrate Judge. The Court finds that an exclusion of time from the Speedy Trial Act until January 10, 2025, is in the interests of justice and outweighs the interests of the public and the Defendant in a speedy trial so that the Defendant can change his plea before the Magistrate Court.

    It is hereby ordered that time until January 10, 2025, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of

time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(A) & (B)(i), (iv).

**SO ORDERED.**

Dated:    November 25, 2024
         New York, New York

_____
Victor Marrero
U.S.D.J.