USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

        - against -

TYRONE HARDY,

                Defendant.

**24 Cr. 465(VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The status conference in this case currently scheduled for January 10, 2025, shall be adjourned due to the defendant's guilty plea allocution before United States Magistrate Judge Parker on December 19, 2024. Sentencing is scheduled for April 11, 2025, at 2:00 pm.

**SO ORDERED.**

Dated:    December 30, 2024
             New York, New York

                                        _____
                                        Victor Marrero
                                        U.S.D.J.