```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

- against -

TYRONE HARDY,

                Defendant.

24 Cr. 465 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    During the sentencing of the Defendant on April 11, 2025, the Court directed the Government to submit its position on restitution and, if applicable, a proposed restitution order, no later than July 10, 2025. The Government did not submit its position on restitution by the July 10, 2025, deadline. The Government is now directed to (1) explain its failure to respond to the Court's directive regarding restitution and (2) submit its position on restitution.

**SO ORDERED.**

Dated:    11 July 2025
             New York, New York

                                            Victor Marrero
                                            U.S.D.J.